IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00008-BNB

JACK ULREY,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
GEORGE DUNBAR, Associate Warden, Buena Vista Correctional Facility,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Jack Ulrey, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Centennial Correctional Facility in Cañon City. He filed *pro se* a civil rights complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3). He has paid the $350.00 filing fee. As relief, he asks to be returned to the general prison population, for the expungement of his prison disciplinary conviction, and for reinstatement of his lost, good- and earned-time credits.

On January 7, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Ulrey to file within thirty days an amended complaint that alleged each Defendant's personal participation in the asserted constitutional violations and that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

On February 6, 2009, instead of filing an amended complaint as directed, Mr. Ulrey filed a motion titled "Motion to Withdraw Petition," asking to be allowed to withdraw, rather than amend, his complaint. He also asks for a full refund of the $350.00 filing fee, paid by his mother, Marsha Wood.

The Court must construe the motion to withdraw liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will construe the motion to withdraw liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion to withdraw that Plaintiff, Jack Ulrey, submitted to and filed with the Court on February 6, 2009, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of February 6, 2009, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice. It is

FURTHER ORDERED that Plaintiff's request to refund the full $350.00 filing fee to Marsha Wood, his mother, is granted. It is

FURTHER ORDERED that Plaintiff is directed to send the Court in writing, within **twenty (20) days from the date of this order**, the mailing address for Marsha Wood. The $350.00 filing fee will be refunded to Ms. Wood upon receipt of her mailing address.

DATED at Denver, Colorado, this 11 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00008-BNB

Jack Ulrey
Prisoner No. 117357
Centennial Corr. Facility
PO Box 600
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/12/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk